**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**HERWINS NOE**  PLAINTIFF

**V.**  NO. 4:15-CV-00066-DMB-DAS

**MARSHALL L. FISHER, et al.**  DEFENDANTS

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered today, this action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted, counting as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this 7th day of March, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**